In the Matter of A. SELTZER & CO., Inc., Crane-Gallo Artist Suppliers, Inc., M. M. Michaels, Inc., Plaza Artist Materials, Inc., Irving Berlin, Inc., Plaintiffs-Appellants,

v.

David LIVINGSTON, as President of District 65, RWDSU, AFL-CIO, an unincorporated Association of more than seven members, the "Union," Defendant-Appellee.

No. 409, Docket 30400.

United States Court of Appeals Second Circuit.

Submitted April 14, 1966.

Decided April 20, 1966.

Herbert A. Lien, New York City, for plaintiffs-appellants.

Eugene G. Eisner, New York City, for defendant-appellee.

Before LUMBARD, Chief Judge, and WATERMAN and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm the dismissal of plaintiffs' complaint seeking to stay arbitration for the reasons stated in Judge McLean's opinion below, 253 F.Supp. 509.